UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

SECURITES AND EXCHANGE COMMISSION,

     Plaintiff,

 - against -       08 CV 8205 (LBS)

Melvyn Nathanson, et al.,

     Defendants.

- - - - - - - - - - - - - - - - - -X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-12

## ORDER

  1. The Court, having reviewed the Government's Notice of Motion to Intervene and to Stay Civil Proceedings in the above-captioned case (the "Civil Case") submitted pursuant to Rule 24 of the Federal Rules of Civil Procedure and the Government's Memorandum of Law in Support of its Motion to Intervene and to Stay Civil Proceedings, filed November 8, 2010, and its status letter filed October 17, 2012, HEREBY ORDERS THAT:

  2. Pending resolution of a related, ongoing criminal matter, by verdict, pretrial disposition, or until otherwise allowed by the Court, the Civil Case proceedings, including disovery, will proceed, except that the Securities and Exchange Commission, Melvyn Nathanson, Eric Nathanson, Charles Peterein and

Ganis Company, Inc. will not conduct any depositions in the Civil Case of each other or their respective agents or of third parties. IT IS SO ORDERED.

Dated:   New York, New York
         6/22 , 2012

_____
THE HONORABLE LEONARD B. SAND
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK