USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/13



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
TELEPHONE:(212) 336-0041
FACSIMILE: (212) 336-1317
Email:      byrnek@sec.gov

April 12, 2013



**By UPS**

The Honorable Leonard B. Sand
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street – Room 1650
New York, New York 10007

**MEMO ENDORSED**

Re:    **SEC v. Melvyn Nathanson, et al., 08-cv-8205 (LBS)**

Dear Judge Sand:

    We represent plaintiff Securities and Exchange Commission in the above-referenced
action.  On November 4, 2012, defendant Eric Nathanson died in Lady Lake, Florida.
Accordingly, the Commission seeks to dismiss all of its claims against Eric Nathanson in this
action.

Respectfully Yours,

/s/ Kenneth Byrne
Kenneth Byrne
Division of Enforcement

So ordered

Leonard B. Sand
USDJ, SDNY
4/16/2013